In re: Robert P. CIRALSKY, Debtor.

Robert P. Ciralsky, Appellant,

v.

Companion Mortgage Corporation; John V. LaBarge, Jr., Appellees.

No. 02–1355.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 20, 2002.

Decided Dec. 26, 2002.

Before LOKEN, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Debtor Robert Ciralsky appeals the Bankruptcy Appellate Panel's (BAP's) orders (1) affirming the bankruptcy court's [1] orders granting creditor Companion Mortgage Corporation relief from the automatic stay, and denying reconsideration; and (2) denying reconsideration of the BAP's affirming order. Ciralsky is seeking return of property that was sold at a pre-bankruptcy foreclosure sale. Ciralsky did not exercise his state-law redemption rights. The bankruptcy court dismissed the Chapter 13 proceeding after interlocutory lift-

---

1. The Honorable Barry S. Schermer, United States Bankruptcy Judge for the Eastern District of Missouri.

stay orders were issued over Ciralsky's objection. Ciralsky did not appeal the Chapter 13 dismissal. We agree with the BAP that the appeal is moot. *See In re Rodriquez,* 258 F.3d 757, 759 (8th Cir. 2001) (per curiam); *In re Onouli–Kona Land Co.,* 846 F.2d 1170, 1172–73 (9th Cir.1988); Mo.Rev.Stat. §§ 443.410, 443.420 (2000).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Ciralsky's motion "to Compel Compromise Settlement."